

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Jamelle Andrea Peterkin v. The State of Texas

Appellate case number:    01-18-01090-CR

Trial court case number:  1548100

Trial court:              351st District Court of Harris County

This Court's January 10, 2019 Order of Abatement had abated and remanded this case for the trial court to determine whether appellant's appointed trial counsel, Clay S. Conrad, should be permitted to withdraw and new counsel should be appointed. On January 16, 2019, Miranda Meador, Assistant Public Defender, filed a designation of new lead counsel under Texas Rule of Appellate Procedure 6.1 to remove Scott Pope as counsel. On January 29, 2019, in compliance with the Clerk of this Court's notice, a supplemental clerk's record was filed in this Court which included the trial court's January 9, 2019 order which had appointed Scott C. Pope/Harris County Public Defender's Office as new counsel.

Accordingly, the Court sua sponte directs the Clerk of this Court to **WITHDRAW** the Order of Abatement and **REINSTATE** this case on the Court's active docket, to remove Clay S. Conrad and Scott C. Pope as appellant's counsel, and to designate **Miranda Meador** as appellant's new lead counsel. *See* TEX. R. APP. P. 6.1(c), 6.5(b), (d). Appellant's brief is **ORDERED** to be filed within **30 days** of the date of this order. *See* TEX. R. APP. P. 2, 34.5(c)(3), 38.6(a)(1). The State's appellate brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley_____
              ☒ Acting individually    ☐ Acting for the Court
Date: __February 5, 2019_